# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA NADINE McKNIGHT,<br><br>          Plaintiff,<br>vs.<br><br>DEFENSE COMMISSARY AGENCY,<br><br>          Defendant. | Case No. 13cv1333 DMS (WVG)<br><br>**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT WITHOUT PREJUDICE** |

In this employment discrimination action, Plaintiff, proceeding *pro se*, filed a Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed in Forma Pauperis ("IFP Motion"). For the reasons which follow, Plaintiff's IFP Motion is denied and the complaint is dismissed without prejudice.

Every party instituting a civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff's declaration and the Civilian Leave and Earnings Statement she references show she is employed and earns sufficient income. Plaintiff therefore cannot establish the requisite inability to pay initial fees or give security.

1 | For the foregoing reasons, Plaintiff's IFP Motion is denied, and her complaint is dismissed without prejudice. Plaintiff is granted 60 days' leave to pay the filing fee required to maintain this action pursuant to 28 U.S.C. Section 1914, or submit additional documentation regarding her economic status. If Plaintiff chooses to file additional information regarding her poverty, she must attach a copy of this order.

**IT IS SO ORDERED.**

DATED: August 6, 2013

HON. DANA M. SABRAW
United States District Judge